United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 19-10014-elf
Dione D. Simpson                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: admin              Page 1 of 5              Date Rcvd: Apr 05, 2019
                              Form ID: 318             Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2019.
```
db             +Dione D. Simpson,    131 Old Soldiers Road,    Cheltenham, PA 19012-2127
14258923       +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
14253422        Abington Memorial Hospital,    PO Box 786331,    Philadelphia, PA 19178-6331
14253423       +American Heritage FCU,    3110 Grant Avenue,    Philadelphia, PA 19114-2542
14258926       +Bridgecrest Financial,    PO Box 29018,    Phoenix, AZ 85038-9018
14258927       +Bridgecrest Financial,    PO Box 53087,    Phoenix, AZ 85072-3087
14258937        Comcast,    PO Box 70219,    Philadelphia, PA 19176-0219
14258936       +Comcast,    1700 North 49th Street,    Philadelphia, PA 19131-4791
14253439       +Corcell,    1857 Helm Drive,    Las Vegas, NV 89119-3911
14253441        Debt Recovery Solutions,    PO Box 9003,    Southold, NY 11971
14259643       +Department Stores National Bank 9111 Duke Boulveva,    Mason, OH 45040-8999
14253445       +Easy-Pay,    PO Box 2808,    Monroe, WI 53566-8008
14253446        FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14253448       +Grimley Financial,    30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
14253449        Hayt, Hayt & Landau, LLC,    Meridan Center 1,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
14259650        Hayt, Hayt & Landau, LLC Meridan Center 1,    Two Industrial Way West,    PO Box 500,
                 Eatontown, NJ 07724-0500
14253450        Highlights High Five,    PO Box 6036,    Harlan, IA 51593-1536
14258957       +Home Shopping Network,    PO Box 105980,    Department 2,    Atlanta, GA 30348-5980
14259653       +Lockman Lubell Pediatric Associates LLC 270 Commer,    Fort Washington, PA 19034-2405
14253452        Macy's,    PO Box 9001094,    Louisville, KY 40290-1094
14253455       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14253457        Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
14253462       +PGW,    800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                 Philadelphia, PA 19122-2806
14253459        Peco,    P.O. Box 13439,    Philadelphia, PA 19162-0439
14253460       #+Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
14253461        #Penn Credit Corp.,    PO Box 988,    Harrisburg, PA 17108-0988
14253463        Philadelphia Gas Works,    P.O. Box 7789,    Philadelphia, PA 19101-7789
14253466       +Radius Global Solutions, LLC,    PO Box 390905,    Mail Code FDD81,    Minneapolis, MN 55439-0905
14253467       +Sallie Mae,    123 Justison Street,    Wilmington, DE 19801-5360
14253468        St. Christopher's Pediatric Associates,    SCHC Pediatric Associates, LLC,
                 Boston, MA 02241-9633
14259671        St. Christopher's Pediatric Associates SCHC Pediat,    Boston, MA 02241-9633
14258977       +Sychchrony Bank,    PO Box 530927,    Atlanta, GA 30353-0927
14253471       #+Trident Assest Management,    53 Perimeter Center East, Suite 440,    Atlanta, GA 30346-2230
14253472       +United Collection Bureau, Inc.,    5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14258983        Vector Security,    5126 Campus Drive,    Plymouth Meeting, PA 19462
14258140       +WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE,    c/o THOMAS YOUNG.HAE SONG,
                 Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd.,    Suite 1400,
                 Philadelphia, PA 19103-1814
14259697        Water Revenue Bureau Philadelphia Department of Re,    Philadelphia, PA 19102-1663
14258990        Xfinity,    PO Box 211008,    Saint Paul, MN 55121-2408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:50     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 06 2019 02:36:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 06 2019 02:36:40     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14253424        EDI: CITICORP.COM Apr 06 2019 06:23:00      BP,    PO Box 15687,    Wilmington, DE 19850
14253427        EDI: CAPITALONE.COM Apr 06 2019 06:23:00      Capital One,    PO Box 85015,
                 Richmond, VA 23285-5018
14253432        E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:50     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
14253433        E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:50     City of Philadelphia,
                 Law Department-Bankruptcy Unit,    One Parkway Building,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
14259630        E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:50     City of Philadelphia,
                 Municipal Services Building,    1401 JFK Boulevard,    15th Floor,    Philadelphia PA 19102
14253426        EDI: CAPITALONE.COM Apr 06 2019 06:23:00      Capital One,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
14253428       +EDI: CAPITALONE.COM Apr 06 2019 06:23:00      Capital One Bank USA NA,    10700 Capital One Way,
                 Glen Allen, VA 23060-9243
14253429        EDI: CITICORP.COM Apr 06 2019 06:23:00      Children Palace,    110 Lake Drive,
                 Pendcader Corp. Center,    Newark, DE 19702-3317
14253431       +EDI: CITICORP.COM Apr 06 2019 06:23:00      Citibank,    PO Box 1747,    Hagerstown, MD 21741
14253430        EDI: CITICORP.COM Apr 06 2019 06:23:00      Citibank,    PO Box 6003,    Hagerstown, MD 21747-6003
```

```
District/off: 0313-2                  User: admin                    Page 2 of 5                    Date Rcvd: Apr 05, 2019
                                      Form ID: 318                   Total Noticed: 81


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14258938        EDI: COMCASTCBLCENT Apr 06 2019 06:23:00      Comcast,   PO Box 3006,
                 Southeastern, PA 19398-3006
14253434        EDI: WFNNB.COM Apr 06 2019 06:23:00      Comenity,   PO Box 659707,   San Antonio, TX 78265-9707
14253435        EDI: WFNNB.COM Apr 06 2019 06:23:00      Comenity,   PO Box 659820,   San Antonio, TX 78265-9120
14253436       +EDI: WFNNB.COM Apr 06 2019 06:23:00      Comenity Bank,   PO Box 182789,
                 Columbus, OH 43218-2789
14253437        EDI: WFNNB.COM Apr 06 2019 06:23:00      Comenity Capital,   PO Box 182120,
                 Columbus, OH 43218-2120
14253438       +EDI: CONVERGENT.COM Apr 06 2019 06:28:00      Convergent Outsourcing, Inc,   PO Box 9004,
                 Renton, WA 98057-9004
14253440        E-mail/Text: csd1clientservices@cboflanc.com Apr 06 2019 02:37:09
                 Credit Bureau of Lancaster County,    PO Box 1271,   Lancaster, PA 17608-1271
14258946       +EDI: CCS.COM Apr 06 2019 06:28:00      Credit Collections Services,   PO Box 710,
                 Norwood, MA 02062-0710
14253443        EDI: DIRECTV.COM Apr 06 2019 06:28:00      DIRECTV,   PO Box 11732,   Newark, NJ 07101-4732
14253444       +EDI: TSYS2.COM Apr 06 2019 06:23:00      DSNB/Macys,   PO BOX 8218,   Mason, OH 45040-8218
14253442       +EDI: TSYS2.COM Apr 06 2019 06:23:00      Department Stores National Bank,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
14253447        EDI: AMINFOFP.COM Apr 06 2019 06:23:00      First Premier Bank,   3820 North Louise Avenue,
                 Sioux Falls, SD 57107-0145
14253453        EDI: MID8.COM Apr 06 2019 06:23:00      Midland Credit Management, Inc.,   P.O. Box 939019,
                 San Diego, CA 92193-9019
14253454       +EDI: MID8.COM Apr 06 2019 06:23:00      Midland Credit Mgmt,   2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
14258962       +EDI: MID8.COM Apr 06 2019 06:23:00      Midland Funding,   2365 Northside Drive, Suite 300,
                 San Diego, CA 92108-2709
14253456        EDI: WFNNB.COM Apr 06 2019 06:23:00      New York & Company,   PO Box 659728,
                 San Antonio, TX 78265-9728
14253675       +EDI: PRA.COM Apr 06 2019 06:23:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14253465        E-mail/Text: bankruptcynotices@psecu.com Apr 06 2019 02:37:12      PSECU,   PO Box 67013,
                 Harrisburg, PA 17106-7013
14253458       +E-mail/Text: bankruptcy@loanpacific.com Apr 06 2019 02:37:19      Pacific Union Financial,
                 1603 LBJ Freeway, Suite 600,   Dallas, TX 75234-6071
14253464       +EDI: PRA.COM Apr 06 2019 06:23:00      Portfolio Recovery & Affilates,
                 120 Corporate Blvd., Suite 100,   Norfolk, VA 23502-4952
14258978       +EDI: RMSC.COM Apr 06 2019 06:23:00      Synchrony,   PO Box 965024,   Orlando, FL 32896-5024
14254008       +EDI: RMSC.COM Apr 06 2019 06:23:00      Synchrony Bank,   PO Box 41021,   Norfolk, VA 23541-1021
14253469        EDI: RMSC.COM Apr 06 2019 06:23:00      Synchrony Bank,   PO Box 960009,
                 Orlando, FL 32896-0009
14253470       +EDI: RMSC.COM Apr 06 2019 06:23:00      Synchrony/Walmart,   PO Box 965024,
                 Orlando, FL 32896-5024
14258984       +EDI: VERIZONCOMB.COM Apr 06 2019 06:23:00      Verizon,   PO Box 650584,   Dallas, TX 75265-0584
14253473       +EDI: VERIZONCOMB.COM Apr 06 2019 06:23:00      Verizon,   P.O. Box 8585,
                 Philadelphia, PA 19173-0001
14258986        EDI: VERIZONCOMB.COM Apr 06 2019 06:23:00      Verizon,   PO Box 489,   Newark, NJ 07101-0489
14258985        EDI: VERIZONCOMB.COM Apr 06 2019 06:23:00      Verizon,   PO Box 15124,   Albany, NY 12212-5124
14253474       +EDI: RMSC.COM Apr 06 2019 06:23:00      Walmart,   PO Box 530927,   Atlanta, GA 30353-0927
14253475        E-mail/Text: megan.harper@phila.gov Apr 06 2019 02:36:49      Water Revenue Bureau,
                 Philadelphia Department of Revenue,   1401 JFK Boulevard,   Philadelphia, PA 19102-1663
                                                                                              TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14253425       Bridgecrest Financial
14259664       PGW,    800 West Montgomery Drive, 3F attn: Bank
14259660       Pacific Union Financial,    1603 LBJ Freeway, Suite 600 Dallas, TX 7
14259666       Portfolio Recovery & Affilates 120 Corporate Blvd.
14259676       Trident Assest Management,    53 Perimeter Center East, Suite 440 Atla
14259616*     +AES,   PO Box 61047,   Harrisburg, PA 17106-1047
14258921*     +Abington Emergency Phsicians,    P.O. Box 3012,   Wilmington, DE 19804-0012
14259614*     +Abington Emergency Phsicians,    P.O. Box 3012,   Wilmington, DE 19804-0012
14258922*      Abington Memorial Hospital,    PO Box 786331,   Philadelphia, PA 19178-6331
14259615*      Abington Memorial Hospital,    PO Box 786331,   Philadelphia, PA 19178-6331
14258924*     +American Heritage FCU,    3110 Grant Avenue,   Philadelphia, PA 19114-2542
14259617*     +American Heritage FCU,    3110 Grant Avenue,   Philadelphia, PA 19114-2542
14258925*      BP,   PO Box 15687,   Wilmington, DE 19850
14259618*      BP,   PO Box 15687,   Wilmington, DE 19850
14259619*     +Bridgecrest Financial,   PO Box 29018,    Phoenix, AZ 85038-9018
14259620*     +Bridgecrest Financial,   PO Box 53087,    Phoenix, AZ 85072-3087
14258929*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85015,   Richmond, VA 23285-5018)
14259622*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    PO Box 85015,   Richmond, VA 23285-5018)
14258934*    ++CITY OF PHILADELPHIA LAW DEPARTMENT,    MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
               (address filed with court: City of Philadelphia,    Law Department-Bankruptcy Unit,
               Municipal Services Building,   1401 JFK Boulevard, 5th Floor,   Philadelphia, PA 19102-1595)
```

```
District/off: 0313-2           User: admin                  Page 3 of 5                   Date Rcvd: Apr 05, 2019
                               Form ID: 318                 Total Noticed: 81


              ***** BYPASSED RECIPIENTS (continued) *****
14259629*       ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,    Law Department-Bankruptcy Unit,
                  One Parkway Building,    1515 Arch Street, 15th Floor,    Philadelphia PA 19102)
14258935*       ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
                  1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
                 (address filed with court: City of Philadelphia,    Law Department-Bankruptcy Unit,
                  One Parkway Building,    1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595)
14258928*        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14259621*        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
14258930*       +Capital One Bank USA NA,    10700 Capital One Way,    Glen Allen, VA 23060-9243
14259623*       +Capital One Bank USA NA,    10700 Capital One Way,    Glen Allen, VA 23060-9243
14258931*        Children Palace,    110 Lake Drive,    Pendcader Corp. Center,    Newark, DE 19702-3317
14259624*       +Children Palace,    110 Lake Drive,    Pendcader Corp. Center Newark, DE 19702-3317
14258933*       +Citibank,   PO Box 1747,    Hagerstown, MD 21741
14259626*       +Citibank,   PO Box 1747,    Hagerstown, MD 21741
14258932*        Citibank,   PO Box 6003,    Hagerstown, MD 21747-6003
14259625*        Citibank,   PO Box 6003,    Hagerstown, MD 21747-6003
14259633*        Comcast,    PO Box 3006,    Southeastern, PA 19398-3006
14259632*        Comcast,    PO Box 70219,    Philadelphia, PA 19176-0219
14259631*       +Comcast,    1700 North 49th Street,    Philadelphia, PA 19131-4791
14258939*        Comenity,    PO Box 659707,    San Antonio, TX 78265-9707
14259634*        Comenity,    PO Box 659707,    San Antonio, TX 78265-9707
14258940*        Comenity,    PO Box 659820,    San Antonio, TX 78265-9120
14259635*        Comenity,    PO Box 659820,    San Antonio, TX 78265-9120
14258941*       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14259636*       +Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
14258942*        Comenity Capital,    PO Box 182120,    Columbus, OH 43218-2120
14259637*        Comenity Capital,    PO Box 182120,    Columbus, OH 43218-2120
14258943*       +Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
14259638*       +Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
14258944*       +Corcell,    1857 Helm Drive,    Las Vegas, NV 89119-3911
14259639*       +Corcell,    1857 Helm Drive,    Las Vegas, NV 89119-3911
14258945*        Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
14259640*        Credit Bureau of Lancaster County,    PO Box 1271,    Lancaster, PA 17608-1271
14259641*       +Credit Collections Services,     PO Box 710,    Norwood, MA 02062-0710
14258949*       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732)
14259644*       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
                 (address filed with court: DIRECTV,    PO Box 11732,    Newark, NJ 07101-4732)
14258950*       +DSNB/Macys,    PO BOX 8218,    Mason, OH 45040-8218
14259645*       +DSNB/Macys,    PO BOX 8218,    Mason, OH 45040-8218
14258947*        Debt Recovery Solutions,    PO Box 9003,    Southold, NY 11971
14259642*        Debt Recovery Solutions,    PO Box 9003,    Southold, NY 11971
14258948*       +Department Stores National Bank,    9111 Duke Boulevard,    Mason, OH 45040-8999
14258951*       +Easy-Pay,    PO Box 2808,    Monroe, WI 53566-8008
14259646*       +Easy-Pay,    PO Box 2808,    Monroe, WI 53566-8008
14258952*        FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14259647*        FedLoan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
14258953*        First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14259648*        First Premier Bank,    3820 North Louise Avenue,    Sioux Falls, SD 57107-0145
14259649*       +Grimley Financial,    30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
14258954*       +Grimley Financial,    30 Washington Avenue, Suite C-6,    Haddonfield, NJ 08033-3341
14258955*        Hayt, Hayt & Landau, LLC,    Meridan Center 1,    Two Industrial Way West,    PO Box 500,
                  Eatontown, NJ 07724-0500
14258956*        Highlights High Five,    PO Box 6036,    Harlan, IA 51593-1536
14259651*        Highlights High Five,    PO Box 6036,    Harlan, IA 51593-1536
14259652*       +Home Shopping Network,    PO Box 105980,    Department 2,    Atlanta, GA 30348-5980
14258958*       +Lockman Lubell Pediatric Associates LLC,    270 Commerce Drive. Suite 250,
                  Fort Washington, PA 19034-2405
14258959*        Macy’s,    PO Box 9001094,    Louisville, KY 40290-1094
14259654*        Macy’s,    PO Box 9001094,    Louisville, KY 40290-1094
14258960*        Midland Credit Management, Inc.,    P.O. Box 939019,    San Diego, CA 92193-9019
14259655*        Midland Credit Management, Inc.,    P.O. Box 939019,    San Diego, CA 92193-9019
14258961*       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14259656*       +Midland Credit Mgmt,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14258963*       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14259657*       +Nationwide Credit, Inc.,    PO Box 14581,    Des Moines, IA 50306-3581
14258964*        New York & Company,    PO Box 659728,    San Antonio, TX 78265-9728
14259658*        New York & Company,    PO Box 659728,    San Antonio, TX 78265-9728
14258965*        Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
14259659*        Ocwen Loan Servicing, LLC,    PO Box 660264,    Dallas, TX 75266-0264
14258970*       +PGW,    800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                  Philadelphia, PA 19122-2806
14258973*        PSECU,    PO Box 67013,    Harrisburg, PA 17106-7013
14259667*        PSECU,    PO Box 67013,    Harrisburg, PA 17106-7013
14258966*       +Pacific Union Financial,    1603 LBJ Freeway, Suite 600,    Dallas, TX 75234-6071
14258967*        Peco,    P.O. Box 13439,    Philadelphia, PA 19162-0439
14259661*        Peco,    P.O. Box 13439,    Philadelphia, PA 19162-0439
```

```
District/off: 0313-2           User: admin                 Page 4 of 5                  Date Rcvd: Apr 05, 2019
                               Form ID: 318                Total Noticed: 81


              ***** BYPASSED RECIPIENTS (continued) *****
14258968*      +Penn Credit Corp,    916 S 14th Street,     Harrisburg, PA 17104-3425
14259662*      +Penn Credit Corp,    916 S 14th Street,     Harrisburg, PA 17104-3425
14258969*       Penn Credit Corp.,    PO Box 988,    Harrisburg, PA 17108-0988
14259663*       Penn Credit Corp.,    PO Box 988,    Harrisburg, PA 17108-0988
14258971*       Philadelphia Gas Works,     P.O. Box 7789,    Philadelphia, PA 19101-7789
14259665*       Philadelphia Gas Works,     P.O. Box 7789,    Philadelphia, PA 19101-7789
14258972*      +Portfolio Recovery & Affilates,     120 Corporate Blvd., Suite 100,    Norfolk, VA 23502-4952
14258974*      +Radius Global Solutions, LLC,     PO Box 390905,    Mail Code FDD81,    Minneapolis, MN 55439-0905
14259668*      +Radius Global Solutions, LLC,     PO Box 390905,    Mail Code FDD81,    Minneapolis, MN 55439-0905
14258975*      +Sallie Mae,    123 Justison Street,     Wilmington, DE 19801-5360
14259669*      +Sallie Mae,    123 Justison Street,     Wilmington, DE 19801-5360
14258976*       St. Christopher's Pediatric Associates,     SCHC Pediatric Associates, LLC,
                 Boston, MA 02241-9633
14259672*      +Sychchrony Bank,    PO Box 530927,    Atlanta, GA 30353-0927
14259673*      +Synchrony,    PO Box 965024,    Orlando, FL 32896-5024
14258979*       Synchrony Bank,    PO Box 960009,    Orlando, FL 32896-0009
14259674*       Synchrony Bank,    PO Box 960009,    Orlando, FL 32896-0009
14258980*      +Synchrony/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
14259675*      +Synchrony/Walmart,    PO Box 965024,    Orlando, FL 32896-5024
14258981*      +Trident Assest Management,     53 Perimeter Center East, Suite 440,    Atlanta, GA 30346-2230
14258982*      +United Collection Bureau, Inc.,     5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14259679*      +United Collection Bureau, Inc.,     5620 Southwyck Blvd., Suite 206,    Toledo, OH 43614-1501
14259680*       Vector Security,    5126 Campus Drive,     Plymouth Meeting, PA 19462
14259681*      +Verizon,    PO Box 650584,    Dallas, TX 75265-0584
14258987*      +Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
14259685*      +Verizon,    P.O. Box 8585,    Philadelphia, PA 19173-0001
14259684*       Verizon,    PO Box 489,    Newark, NJ 07101-0489
14259683*       Verizon,    PO Box 15124,    Albany, NY 12212-5124
14258988*      +Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
14259696*      +Walmart,    PO Box 530927,    Atlanta, GA 30353-0927
14258989*       Water Revenue Bureau,    Philadelphia Department of Revenue,     1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
14259698*       Xfinity,    PO Box 211008,    Saint Paul, MN 55121-2408
14253421       ##+Abington Emergency Phsicians,     P.O. Box 3012,    Wilmington, DE 19804-0012
14253451       ##+Lockman Lubell Pediatric Associates LLC,     270 Commerce Drive. Suite 250,
                 Fort Washington, PA 19034-2405
                                                                                          TOTALS: 5, * 113, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2019                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 4, 2019 at the address(es) listed below:
          GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net
          JEROME B. BLANK    on behalf of Creditor   WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL
           paeb@fedphe.com
          KEVIN G. MCDONALD    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          MICHAEL D. SAYLES    on behalf of Debtor Dione D. Simpson midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
```

```
District/off: 0313-2          User: admin              Page 5 of 5              Date Rcvd: Apr 05, 2019
                              Form ID: 318             Total Noticed: 81
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

    THOMAS YOUNG.HAE SONG  on behalf of Creditor  WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL paeb@fedphe.com
    United States Trustee  USTPRegion03.PH.ECF@usdoj.gov
                                    TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dione D. Simpson** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8322** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Eastern District of Pennsylvania**

Case number:   **19–10014–elf**

# Order of Discharge                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dione D. Simpson
aka Dione Pride

<u>4/4/19</u>                                                          **By the court:**   <u>Eric L. Frank</u>
                                                                                            United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**