United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Dione D. Simpson  
     Debtor

Case No. 19-10014-elf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: ChrissyW     Page 1 of 1     Date Rcvd: Apr 10, 2019  
                        Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.  
db           +Dione D. Simpson,   131 Old Soldiers Road,   Cheltenham, PA 19012-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:  
        GARY F. SEITZ     gseitz@gsbblaw.com, gfs@trustesolutions.net  
        JEROME B. BLANK     on behalf of Creditor     WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE ET.AL  
          paeb@fedphe.com  
        KEVIN G. MCDONALD     on behalf of Creditor     Pacific Union Financial, LLC bkgroup@kmllawgroup.com  
        MICHAEL D. SAYLES     on behalf of Debtor Dione D. Simpson midusa1@comcast.net,  
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
        THOMAS YOUNG.HAE SONG     on behalf of Creditor     WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE  
          ET.AL paeb@fedphe.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                       TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                : Chapter 7

Dione D. Simpson                                          : Case No. 19−10014−elf
      Debtor(s)

***ORDER***
_____

    AND NOW, this day , April 10, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                            By The Court

                            Eric L. Frank
                            Judge , United States Bankruptcy Court